RECEIVED
IN LAKE CHARLES, LA

OCT 2 5 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| KEVIN O'BRIEN STENSON | : | DOCKET NO. 2:05-cv-663 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| ALLEN CORRECTIONAL CENTER | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that this action be DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the failure to state a claim upon which relief may be granted.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 24 day of Oct, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE